Opinion issued February 12, 2009



 

 













In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-08-00533-CR

____________


ERIC WAYDE BERRY, Appellant (1)


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 405th District Court 

 Galveston County, Texas

Trial Court Cause No. 08CR1032






MEMORANDUM OPINION ON PERMANENT ABATEMENT

 Appellant's counsel, Mark W. Stevens, has filed a motion to dismiss this
appeal. We construe counsel's motion as a motion to permanently abate the appeal. 
See Tex. R. App. P. 7.1 (a) (2). We note that on January 29, 2009, a supplemental
clerk's record was filed that contains a copy of the certificate of death for the
appellant, Eric Wade Berry. The certificate states that appellant died on October 14,
2008, while in Lebannon, Wilson County, Tennessee. The death of an appellant
during the pendency of an appeal deprives this court of jurisdiction. Moliter v. State,
862 S. W. 2d 615, 616 (Tex. Crim. App. 1993). The motion to permanently abate the
appeal is granted.

 Therefore, we order the appeal in cause trial court number 08CR1032 is
permanently abated.

PER CURIAM

Panel consists of Justices Jennings, Keyes, and Higley.

Do not publish. Tex. R. App. P. 47.2(b).
1. The clerk's record filed on June 30, 2008 had documents that reflect that Eric
Wayde Berry is also known as Eric Wade Berry and Eric Berry.